**No. 09-9154. Preston Tyrone Smith, Petitioner v. United States.**

559 U.S. 1042, 130 S. Ct. 2074, 176 L. Ed. 2d 423, 2010 U.S. LEXIS 2901.

March 29, 2010. Petition for writ of certiorari to the United States Court of

Appeals for the Eleventh Circuit denied.

Same case below, 343 Fed. Appx. 441.